PHILIP GOLDFARB, Respondent, v. GEORGE G. FRIES and Others, Appel

lants.— Orders affirmed, with ten dollars costs and disbursements. No opinion.    Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.